LIBERTY MUTUAL INSURANCE COMPANY, Appellant, v. MICWEIL CO., INC., Defendant, Impleaded with GRAMERCY DEVELOPMENT CORPORATION, Respondent.

— Order granting motion of defendant, respondent, for judgment dismissing the complaint as against it on the ground that said complaint does not state facts sufficient to constitute a cause of action unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, Townley and Glennon, JJ.